IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-2260-WYD-CBS

SPORTIQE, LLC,

     Plaintiff,

v.

GAMEDAY ENTERTAINMENT, LLC,

     Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THIS MATTER is before the Court on the Parties' Stipulation to Dismiss With Prejudice (ECF No. 19), filed on January 28, 2016.  The parties have settled all issues in the case, and each agrees to pay its own attorney fees and costs. The Plaintiff voluntarily dismisses the action against the Defendant with prejudice.  Accordingly, it is

ORDERED that this action is **DISMISSED WITH PREJUDICE** against Defendant Gameday Entertainment, LLC.  The Clerk of the Court is directed to close this case.

Dated: January 29, 2016.

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Senior United States District Judge